UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

JOHN DOE,
                Plaintiff,

v.                                              C.A. NO.: 19-326-JJM-PAS

PROVIDENCE COLLEGE,
                Defendant.

## DISMISSAL STIPULATION

Plaintiff John Doe and Defendant Providence College stipulate that Plaintiff's Complaint is dismissed without prejudice and without costs.

| JOHN DOE | PROVIDENCE COLLEGE |
|---|---|
| By his Attorneys, | By its Attorney, |
| /s/ Stephen J. Brouillard | /s/ Steven M. Richard |
| /s/ Theresa L. Sousa | Steven M. Richard (#4403) |
| /s/ John R. Grasso | Nixon Peabody LLP |
| Stephen J. Broulliard (#6284) | One Citizens Plaza, Suite 500 |
| Theresa L. Sousa (#7745) | Providence, RI  02903 |
| Bianchi Brouillard Sousa & O'Connell, P.C. | Tel: (401) 454-1020 |
| 56 Pine Street, Suite 250 | Fax: (401) 454-1030 |
| Providence, RI 02903 | srichard@nxonpeabody.com |
| Tel: (401) 223-2990 | |
| Fax: (877) 548-4539 | |
| sbrouillard@bbsolaw.com | |
| tsousa@bbsolaw.com | |
| | |
| John R. Grasso (#7495) | |
| One Custom House Street | |
| 3rd Floor | |
| Providence, RI 02903 | |
| Tel: (401) 272-4001 | |
| Fax: (888) 525-2096 | |
| jrg@johngrassolaw.com | |

4815-3242-9726.1